IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHIRLEY A. JAMISON**, | CIVIL ACTION NO. 1:07-CV-0324 |
| Plaintiff | (Judge Conner) |
| v. | |
| **CAMPBELL CHAIN COOPER TOOLS**, | |
| Defendant | |

## ORDER TO COMPEL

AND NOW, this 11th day of August, 2008, upon consideration of the unopposed motion (Docs. 26, 29) to compel and to extend the pretrial and trial schedule, in which defendant seeks an order of court compelling the United States Social Security Administration ("SSA"), to produce all medical and other records pertaining to plaintiff's application for and receipt of disability benefits following her April 2005 diagnosis for a herniated disc, and it appearing that the SSA has not opposed the subpoena requesting such records,[1] and the court finding that defendant is unable to obtain the information sought by any other means, that the information sought is relevant to the above-captioned matter, see FED. R. CIV. P. 26(b)(1), that disclosure is proper if the subject of the records grants both written consent and clearly specifies both the information to be disclosed and to whom such disclosure should be made, see 5 U.S.C. § 552a(b)(11) ("No agency shall disclose any record which is contained in a system of records by any means of communication to

---

[1] The court provided the SSA with an opportunity to oppose the subpoena on or before August 8, 2008.  (See Doc. 28.)  The SSA has not done so as of the date of this order.

any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains. . . ."); 20 C.F.R. § 400.100(a) (stating that the SSA "will not disclose your records without your written consent"); see § 400.100(b) ("The written must clearly specify to whom the information may be disclosed [and] the information you want us to disclose. . . ."), and that plaintiff has provided a written consent form authorizing disclosure of all medical records as well as "any and all records related to [the plaintiff's] application for and receipt of disability benefits," (see Doc. 26, Ex. A), it is hereby ORDERED that the motion (Doc. 26) to compel and to extend the pretrial and trial schedule is GRANTED as follows:

1. On or before August 29, 2008, the SSA shall produce all records, either medical or otherwise, pertaining to plaintiff's application for and receipt of disability benefits following her April 2005 diagnosis with a herniated disc.  Certified, unredacted copies of all such records shall be provided to the law offices of Jackson Lewis, LLP, 28th Floor, One PPG Place, Pittsburgh, Pennsylvania 15222, c/o Martin J. Saunders.

2. On or before August 19, 2008, counsel for defendant shall serve a copy of this order together with a copy of the subpoena and plaintiff's written consent form upon the SSA.  Service shall be executed via certified mail.

3. The discovery deadline in the above-captioned matter is EXTENDED to October 31, 2008.

4. A revised pretrial and trial schedule shall issue by future order of court.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge